**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X    **Case No. 7:26-cv-03333**

JANE DOE,

Plaintiff,

- against -

NEW YORK STATE OFFICE OF
MENTAL HEALTH, NEW YORK STATE
OFFICE OF MENTAL HEALTH – ROCKLAND
PSYCHIATRIC CENTER, and
JAMAAL M. NASH,

Defendants.

-----------------------------------------------------------------X

## NOTICE OF MOTION REQUESTING LEAVE FOR PLAINTIFF TO PROCEED PSEUDONYMOUSLY

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will

move this Court at the United States Courthouse for the Southern District of New York, 355 Main

Street, Poughkeepsie, NY 12601, in front a Judge to be assigned, at a time to be decided, for an

Order granting Plaintiff leave to proceed pseudonymously.


Dated:  New York, New York
          April 22, 2026


                                                     **PHILLIPS & ASSOCIATES,**
                                                     **ATTORNEYS AT LAW, PLLC**

                                     By:       */s/ Ian N. Piasecki*
                                                     Ian N. Piasecki, Esq.
                                                     *Attorneys for Plaintiff*
                                                     45 Broadway, 28th Floor
                                                     New York, New York 10006
                                                     (212) 248-7431
                                                     ipiasecki@tpglaws.com