USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

JANE DOE,

                  Plaintiff,

        - against -

NEW YORK STATE OFFICE OF
MENTAL HEALTH, NEW YORK STATE
OFFICE OF MENTAL HEALTH – ROCKLAND
PSYCHIATRIC CENTER, and
JAMAAL M. NASH,

                  Defendants.

----------------------------------------------------------------X

**Case No. 7:26-cv-03333**

**MEMO ENDORSED**

## NOTICE OF MOTION REQUESTING LEAVE FOR PLAINTIFF TO PROCEED PSEUDONYMOUSLY

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601, in front a Judge to be assigned, at a time to be decided, for an Order granting Plaintiff leave to proceed pseudonymously.

Dated:  New York, New York
       April 22, 2026

**The Court is in receipt of Plaintiff's Motion Requesting Leave to Proceed Pseudonymously (the "Motion"). (ECF Nos. 6–7.) Plaintiff is directed to serve his Motion and supporting papers on Defendants by April 27, 2026, and to show service on the docket. Upon receipt, Defendants are directed to inform the Court whether they intend to oppose the Motion.**

**Dated: April 24, 2026**
     **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

By:    _/s/ Ian N. Piasecki_
    Ian N. Piasecki, Esq.
    *Attorneys for Plaintiff*
    45 Broadway, 28th Floor
    New York, New York 10006
    (212) 248-7431
    ipiasecki@tpglaws.com